IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ESTELA MALDONADO, <br><br> Plaintiff/Relator, <br><br> v. <br><br> VIRGINIA SQUARE DENTAL, PLLC, et al., <br><br> Defendants. | Civil No. 1:18-cv-01278 (LMB/IDD) <br><br> <u>FILED UNDER SEAL PURSUANT TO TITLE 31 U.S.C. § 3730(b)(2)</u> <br><br> <u>FILED EX PARTE</u> |

<u>JOINT NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AND
MOTION TO UNSEAL</u>

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Estela Maldonado, Relator, voluntarily dismisses the claims in the complaint arising out of: (1) the False Claims Act, 31 U.S.C. § 3729 et seq., (Claims I and II); and (2) the Virginia False Claims Act, Va. Code Ann. § 8.01-216.3 (Claims IV and V), in the above-captioned action, against Virginia Square Dental, PLLC, JPD Dental, PLLC, Dr. Jamie Park, and Min Park, without prejudice to the United States and the Commonwealth of Virginia (collectively, "the Government") and with prejudice as to the Relator.

Pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to the dismissal of Claims I and II without prejudice to the United States. Pursuant to Va. Code Ann. § 8.01-216.5(A), the Commonwealth of Virginia consents to the dismissal of Claims IV and V without prejudice to the Commonwealth of Virginia.

The Government submits that the sealing requirement of 31 U.S.C. § 3730(b)(2) and Va.

Code. Ann. § 8.01-216.=5(B) is no longer needed, and requests that the Relator's Complaint, this Notice and Motion, and the attached proposed Order be unsealed. The Government requests that all other filings in this action remain under seal because in discussing the content and extent of the Government's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order is submitted with this Notice and Motion.

DATED this 30th day of September, 2019

WE ASK FOR THIS:

_____
ROBERT POWERS
Counsel for Estela Maldonado, Relator
McClanahan Powers, PLLC
8133 Leesburg Pike, Suite 130
Vienna, VA 22182
Tel.: (703) 520-1326
Fax: (703) 828-0205
rpowers@mcplegal.com


AGREED TO:

_____
CHRISTINE N. ROUSHDY
KRISTIN S. STARR
Assistant United States Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3911
Fax: (703) 299-3983
Christin.Roushdy@usdoj.gov
Kristin.Starr@usdoj.gov

AGREED TO:

*Peter Broadbent* by *Kristin Starr*, AUSA
PETER E. BROADBENT
Assistant Attorney General
Counsel for the Commonwealth
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Tel: (804) 786-6055
Fax: (804) 786-4839
pbroadbent@oag.state.va.us

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2019, I caused a copy of the **UNITED STATES' AND RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** and proposed **ORDER** to be served by first-class mail, postage prepaid, upon:

> Robert Powers
> Andrea Harris
> McClanahan Powers, PLLC
> 8133 Leesburg Pike, Suite 130
> Vienna, VA 22182

KRISTIN S. STARR
Assistant United States Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 838-2638
Fax: (703) 299-3983
Kristin.Starr@usdoj.gov